*** Filed *** 04:35 PM, 24 Nov, 2026 U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

ARTEM MUSHEYEV, Plaintiff,

v.

AMERICAN EXPRESS NATIONAL BANK; CAPITAL ONE, N.A., successor by merger to CAPITAL ONE BANK (USA), N.A.; BMW FINANCIAL SERVICES NA, LLC; and SERVICE FINANCE COMPANY, LLC, Defendants.

Case No. 1:26-cv-05543-AMD-TAM

**DECLARATION OF ARTEM MUSHEYEV IN OPPOSITION TO DEFENDANT AMERICAN EXPRESS NATIONAL BANK'S MOTION TO SET ASIDE ENTRY OF DEFAULT (ECF NO. 28)**

I, Artem Musheyev, declare as follows:

1. I am the Plaintiff in this action and am proceeding without counsel. I submit this declaration in opposition to American Express National Bank's motion to set aside the Clerk's entry of default. I describe my own actions from personal knowledge. Where I describe an event I did not witness, I identify the record on which I rely.

2. I filed the Complaint on September 8, 2026. The docket reflects that the Clerk issued a summons to American Express National Bank ("Amex") that day. ECF Nos. 1, 3.

3. I arranged for ABC Legal Services to deliver the summons and complaint to Amex through CT Corporation System at 1108 East South Union Avenue, Midvale, Utah. Amex's declarant identifies CT Corporation System at that address as Amex's designated agent for service of process. Exs. 1–3; Decl. of Daniel del Rio Perez ("Perez Decl.") ¶¶ 5, 11, ECF No. 28-2.

4. I did not personally witness the delivery. In his signed return, process server Vincent Casaus states that he delivered the summons, complaint, and other papers to Dani Snow at that address on September 23, 2026, at 2:07 p.m. The return states that Snow identified herself as authorized to accept the papers. Perez states, on information and belief, that Snow was an

employee of CT Corporation System. Ex. 2; Perez Decl. ¶¶ 10–12.

5. On November 18, 2026, I requested and received ABC Legal Services' EvidenceChain Service Detail Report. A copy of the report I received is attached as Exhibit 1. It identifies Casaus as the process server and records the service event at 2:07 p.m. MDT on September 23. It reports that the GPS location recorded for the event was 71.69 feet from the service address and includes a photograph in its appendix. Ex. 1 at 1–3.

6. I filed Casaus's signed proof of service on September 25, 2026. A copy is attached as Exhibit 2. The proof of service bears the case designation "26-cv-5543-VMS," and the proof of service for Amex appears at ECF No. 6 in this action. Ex. 2; ECF No. 6.

7. I submitted my default papers to LetterStream for mailing by USPS certified mail to CT Corporation System and separately to Amex's Legal Department. These were mailings of the default papers, separate from the September delivery described in Casaus's return. CT Corporation's transmittal summary records receipt by traceable mail on November 9, 2026, under CT Log No. 553925490. Perez states that CT forwarded the default request to Amex on November 10. Perez Decl. ¶ 17 & Ex. B.

8. I paid $95.00 to ABC Legal Services for the original service attempt. I separately paid $11.42 for each of the two certified mailings of the default papers, for a total of $22.84 in mailing expenses. The ABC Legal invoice attached as Exhibit 3 documents the $95.00 payment; it does not document the mailing expenses. Ex. 3.

9. The Clerk entered default against Amex on November 13, 2026. Amex filed its motion to set aside that entry on November 17, 2026. ECF Nos. 25, 28.

10. I did not participate in Amex's or CT Corporation's records searches. Exhibit A to the Perez declaration contains CT Corporation's November 16 email stating that it checked its records and the Utah office's September 23 intake sheets and could not locate the service. The email reports the result of that search. Amex's submission does not include a declaration from Snow describing whether she received papers from Casaus on September 23. Perez Decl. ¶¶

13–16 & Ex. A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 24, 2026 in Queens, New York.

*/s/ Artem Musheyev*

Artem Musheyev, Plaintiff pro se

## EXHIBIT INDEX AND PARAGRAPH-BY-PARAGRAPH RECORD REFERENCES

Exhibit 1 — ABC Legal EvidenceChain Service Detail Report (three pages).

Exhibit 2 — Vincent Casaus's signed proof of service (ECF No. 6).

Exhibit 3 — ABC Legal invoice documenting the $95.00 payment.

The exhibits follow the index. Docket materials are cited by ECF number.

| Paragraph | Factual assertion | Supporting record or basis of knowledge |
|---|---|---|
| ¶ 1 | Identity, pro se status, and purpose | Personal knowledge; case caption; ECF No. 28 identifies the motion. |
| ¶ 2 | Complaint and summons, September 8 | Personal knowledge of filing; ECF Nos. 1 and 3. |
| ¶ 3 | Service arrangement; designated agent and address | Personal knowledge of the arrangement; Ex. 1 at 1–2 (assignment and address); Ex. 2 (service address); Ex. 3 (service order and uploaded filenames); Perez Decl. ¶¶ 5, 11 (agent and address). |
| ¶ 4 | Reported handoff, recipient, time, papers delivered, and authority | Ex. 2 (Casaus's signed account); Ex. 1 at 1–2 (recorded handoff); Perez Decl. ¶ 12 (Snow's employment, on information and belief). Plaintiff did not witness the delivery. |
| ¶ 5 | Receipt of report; date, time, GPS distance and photo | Personal knowledge of requesting and receiving the report; Ex. 1 at 1–2 (event); p. 1 (GPS distance and generation date); p. 3 (photo appendix). |
| ¶ 6 | Filing of return and printed case designation | Personal knowledge of filing; ECF No. 6 (docket entry); Ex. 2 (printed case designation). |
| ¶ 7 | Two default mailings; CT log and forwarding | Personal knowledge of submissions; Perez Decl. ¶ 17 & Ex. B, PDF p. 12 (CT log and reported forwarding). The CT log does not establish the LetterStream submission dates. |
| ¶ 8 | $95.00 service fee and $22.84 in mailing expenses | Ex. 3 ($95.00 payment); personal knowledge of mailing charges. No mailing receipts are attached. |
| ¶ 9 | November 13 default and November 17 motion | ECF Nos. 25 and 28. |
| ¶ 10 | Scope and result of searches; no Snow declaration submitted | Perez Decl. ¶¶ 13–16 & Ex. A (especially PDF p. 6); ECF No. 28-2 as a whole. |

# EXHIBIT 1

**Artem Musheyev v. American Express National Bank, Capital One, N.A., successor by merger to Capital One Bank (USA), N.A., BMW Financial Services NA, LLC, Service Finance Company, LLC**

Case Number 26-cv-5543-VMS | US District Court, New York, Eastern Division, Brooklyn

SERVED

## AMERICAN EXPRESS NATIONAL BANK

**1108 E South Union Ave Midvale, UT 84047-2904**



### Process Server

**Vincent Casaus**

License: A129311

## Summary

AMERICAN EXPRESS NATIONAL BANK was served by Personal Service on 9/23/2026 at 2:07 PM MDT by process server Vincent Casaus.

The subject's address was provided by the customer.

## Validation Checks

| | |
|---|---|
| GPS | Service was recorded 71.69ft from the service address, which is within the bounds of expectation. |
| Photo | A photo was taken at the time of service. |

## Personal Service

**Date:** 9/23/2026 **Time:** 2:07 PM MDT
**Address:** 1108 E South Union Ave, Midvale, UT 84047-2904
**GPS Coordinates:** 40.617609 -111.859961 **Process Server:** Vincent Casaus
**License:** A129311

### Attachments






Address GPS

I delivered the documents to Dani Snow who identified themselves as the person authorized to accept. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

Artem Musheyev v. American Express National Bank, Capital One, N.A., successor by merger to Capital One Bank (USA), N.A., BMW Financial Services NA, LLC, Service Finance Company, LLC

Case Number 26-cv-5543-VMS | US District Court, New York, Eastern Division, Brooklyn

## Event History

### 2 Served by Personal Service

**Date:** 9/23/2026 **Time:** 2:07 PM MDT
**Address:** 1108 E South Union Ave, Midvale, UT 84047-2904
**GPS Coordinates:** 40.617609 -111.859961 **Process Server:** Vincent Casaus
**License:** A129311

### Attachments






Address GPS

By delivery to Dani Snow, I delivered the documents to Dani Snow who identified themselves as the person authorized to accept. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.

### 1 Process Server Assigned

**Date:** 9/22/2026 **Time:** 12:21 AM MDT
**Process Server:** Vincent Casaus **License:** A129311

Documents Received: Process server received documents for AMERICAN EXPRESS NATIONAL BANK.

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

**Artem Musheyev v. American Express National Bank, Capital One, N.A., successor by merger to Capital One Bank (USA), N.A., BMW Financial Services NA, LLC, Service Finance Company, LLC**

Case Number 26-cv-5543-VMS | US District Court, New York, Eastern Division, Brooklyn

## Photos Appendix

**Served by Personal Service on 9/23/2026 2:07 PM MDT (1 Photo)**

1108 E South Union Ave, Midvale, UT 84047-2904



# EXHIBIT 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **26-cv-5543-VMS**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **AMERICAN EXPRESS NATIONAL BANK**
was received by me on **9/21/2026:**

☐ I personally served the **CIVIL COVER SHEET; Summons in a Civil Action; Poof of Service; Complaint** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Dani Snow**, who is designated by law to accept service of process on behalf of **AMERICAN EXPRESS NATIONAL BANK** at **1108 E South Union Ave, Midvale, UT 84047-2904** on **09/23/2026 at 2:07 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date: 09/24/2026

*Server's signature*

**Vincent Casaus**
*Printed name and title*

**7510 S Paddington Circle**
**West Jordan, UT 84084**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, CIVIL COVER SHEET; Summons in a Civil Action; Poof of Service; Complaint, to Dani Snow who identified themselves as the person authorized to accept. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**

Tracking #: **0243213390**

# EXHIBIT 3

abclegal

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

BILL TO:

**Artem Musheyev <allunited2525@gmail.com>**
**21116 82nd Ave**
**Queens Village, NY 11427-1024**

| | |
|---|---|
| INVOICE# | 30511254.100 |
| DATE | Sep 11, 2026 |
| ACCOUNT# | 288537 |
| ATTENTION | allunited2525@gmail.com |
| REFERENCE# | REF-27681547 |
| **AMOUNT DUE** | **$ 0.00** |

| | |
|---|---|
| CASE # | N/A |
| CASE TITLE | N/A |
| COURT | N/A |

## SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** Exhibitspdf.pdf, Musheyev_2 Page Summons_Doc.pdf, Artem Musheyev Civil Cover Sheet .pdf, Stamped Lawsuit.pdf<br>**Rush Requested:** No<br>**Priority Requested:** No<br>**Parties To Serve:** 1 | 95.00 |

| | |
|---|---|
| SUBTOTAL | $ 95.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 95.00** |

## PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| visa ending in 0965 | September 11, 2026 | 95.00 |

| | |
|---|---|
| **AMOUNT PAID** | **$ 95.00** |
| **AMOUNT DUE** | **$ 0.00** |